Frank FOLIO, Appellant, v. UNITED STATES of America, Appellee.

No. 3000.

Circuit Court of Appeals, Fourth Circuit.

July 14, 1930.

John B. Wyatt, of Clarksburg, W. Va., for appellant.

Arthur Arnold, U. S. Atty., of Parkersburg, W. Va., Russell L. Furbee, Asst. U. S. Atty., of Fairmont, W. Va., and Wm. C. Howard, Asst. U. S. Atty., of Wheeling, W. Va.

PER CURIAM.
Order dismissing appeal filed.